UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 11-cv-01984-CMA-MJW

STEPHANIE D. WILKERSON,

Plaintiff,

v.

DEPARTMENT OF THE ARMY, an agency of the United States of America and
the U.S. Department of Defense, and
DR. TERESA STRUCK, M.D.,

Defendants.

---

## PROTECTIVE ORDER ( Docket No 17 )

---

In this action, Plaintiff alleges that the Department of the Army violated Plaintiff's rights under the Privacy Act, 5 U.S.C. § 552a, and that Dr. Struck committed negligence. Due to the nature of the allegations, the parties will need access to documents that are or may be subject to the Privacy Act, specifically records relating to Plaintiff's claims for benefits under the Federal Employee's Compensation Act ("FECA").

The Court has considered the Joint Motion for Entry of Protective Order. Upon a showing of good cause, the Court GRANTS that motion. Thus, pursuant to Fed. R. Civ. P. 26(c), to protect the use of confidential information or information which will improperly annoy, embarrass, or oppress any party, witness, or person involved in this case, IT IS HEREBY ORDERED:

1.  All copies of records relating to Plaintiff's claims for benefits under the FECA that are provided by the Department of Labor or the Army ("FECA Records") shall be used only for the purposes of this litigation.

2.  Nothing in this Protective Order affects how the originals of the FECA Records, or the information in those original FECA Records, are used or maintained, and nothing herein shall be construed as an expansion or contraction of any prior right to obtain, maintain, possess or disseminate the records by any party or non-party.  Simply, this protective order merely serves to facilitate the exchange of records within the instant litigation and provides protection as a result of such litigation-related exchanges.

3.  Nothing in this Protective Order precludes any party from filing a motion seeking further or different protection from the Court under Fed. R. Civ. P. 26(c) or any other rule, statute, or regulation.

4.  This Protective Order may be modified by the Court at any time for good cause shown following notice to all parties and an opportunity for them to be heard.

Dated: December 8, 2011

BY THE COURT:

_____

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

APPROVED:


s/ Bradley S. Freedberg
Bradley S. Freedberg, Esq.
1660 Lincoln Street, #1700
Denver, CO  80264
(303) 892-0900
FAX (303) 446-0803
ATTORNEY FOR PLAINTIFF

s/ Mark A. Stinnett
Mark A. Stinnett, Esq.
Stinnett Thiebaud & Remington, L.L.P
2 N. Cascade Avenue, #1100
Colorado Springs, CO  80903
(719) 381-1727
FAX (719) 381-1728
ATTORNEYS FOR DEFENDANT
TERESA STRUCK, M.D.


s/ Timothy B. Jafek
Timothy B. Jafek
Assistant U.S. Attorney
1225 17th Street, #1700
Denver, CO  80202
(303) 454-0104
FAX (303) 454-0407
ATTORNEY FOR UNITED STATES
DEPARTMENT OF ARMY